# Court of Appeals
# of the State of Georgia

ATLANTA,   December 20, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0758. LORENZO FOREHAND v. THE STATE.**

Lorenzo Forehand was convicted of robbery, resisting an officer, false imprisonment, and attempted escape, and those convictions were affirmed on direct appeal. See *Forehand v. State*, 270 Ga. App. 365 (606 SE2d 589) (2004). In 2015, Forehand filed an extraordinary motion for new trial based on newly discovered evidence. The trial court denied Forehand's motion on October 24, 2016.[1] Forehand thereafter filed a timely notice of appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (7), appeals from the denial of an extraordinary motion for new trial must comply with the discretionary appeal procedure. *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Forehand's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   12/20/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____ , Clerk.

---

[1] Although the trial court's order purports to dismiss Forehand's motion for extraordinary new trial, it operates as a denial rather than a dismissal because the trial court considered and rejected Forehand's claims on the merits. In any event, a trial court's order dismissing an extraordinary motion for new trial must also be appealed via the discretionary application process. See *Davis v. State*, 182 Ga. App. 736 (356 SE2d 762) (1987).